IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20132
Summary Calendar
_____


GLORIA TREVINO TURNER,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. MC-H-95-0004
- - - - - - - - - -
November 20, 1995
Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Gloria Trevino Turner appeals the district court's order denying her application to proceed in forma pauperis (IFP). Because Turner's affidavit and financial information indicate that she is not able to meet the costs of this litigation without undue hardship, the decision denying IFP is REVERSED. See Adkins v. E.I. Du Pont de Nemours & Co., 335 U.S. 331, 339 (1948);

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

Flowers v. Turbine Support Division, 507 F.2d 1242, 1244-46 (5th Cir. 1975).

As no transcript is necessary for the proper disposition of this appeal, Turner's request for a transcript at Government expense is DENIED. See Harvey v. Andrist, 754 F.2d 569, 571 (5th Cir.), cert. denied, 471 U.S. 1126 (1985).

REVERSED AND REMANDED.